DANIEL M. LINDSAY (SBN 142895)
JAMES P. HARRISON (SBN 194979)
JENNIFER L. RAGAN (SBN 191711)
LEANNE M. KENT (SBN 260825)
**CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION LEGAL DEPARTMENT**
755 Riverpoint Drive, Suite 200
West Sacramento, California 95605-1634
Telephone: (916) 372-6060
Facsimile: (916) 340-9372

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD T. NEWTON, et al.<br>Plaintiffs/Petitioners,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.<br>Defendants/Respondents | CASE NO. CV 09 5887 VRW<br>**STIPULATION TO CHANGE THE CLOSE OF NOTICE PERIOD AND ~~[PROPOSED]~~ ORDER APPROVING THE [REVISED] NOTICE AND CHANGE TO THE CLOSE OF NOTICE PERIOD**<br>Judge: Hon. Vaughn R. Walker |

Plaintiffs RICHARD T. NEWTON; FRANK M. MCNEAL; and SEAN A. BEATON (collectively referred to as "Plaintiffs") through their counsel, James P. Harrison; and Defendants Governor ARNOLD SCHWARZENEGGER, in his official capacity as the Governor of the State of California, and DEBBIE ENDSLEY, in her official capacity as the Director of the California Department of Personnel Administration, through their counsel, David W. Tyra; JOHN CHIANG, in his official capacity as the Controller of the State of California, through his counsel, Ross C. Moody; and MATTHEW CATE, in his official capacity as the Secretary of the California Department of Corrections and Rehabilitation; BERNARD WARNER, in his official capacity as the Chief Deputy Secretary of the California Division of Juvenile Justice; and STEPHEN MAYBERG, in his official capacity as the Director for the California Department of Mental Health, through their counsel, Will M. Yamada, Labor Relations Counsel, do hereby jointly stipulate and agree to the following:

The close of notice period date of September 2, 2010 established by the court in their minute order of April 8, 2010, be changed to a date 90 days from the Court's approval of the **NOTICE OF COLLECTIVE ACTION REGARDING FURLOUGHS.**

NOW THEREORE, the parties do hereby stipulate and jointly request this Court change the notice period date to a date 90 days from the Court's approval of the **NOTICE OF COLLECTIVE ACTION REGARDING FURLOUGHS**.

RESPECTFULLY SUBMITTED:

June 18, 2010

**CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION**

By: ______________________
JAMES P. HARRISON
Attorneys for Plaintiffs

June 18, 2010

**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**

By: ______________________
DAVID W. TYRA
Attorneys for Defendants Governor ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California, and DEBBIE ENDSLEY, in her official capacity as the Director of the California Department of Personnel Administration

June 18, 2010

**OFFICE OF THE ATTORNEY GENERAL**

By: ______________________
ROSS C. MOODY
Deputy Attorney General
Attorney for Defendant JOHN CHIANG, in his official capacity as the Controller of the State of California

June 18, 2010

**DEPARTMENT OF PERSONNEL ADMINISTRATION**

By: ______________________
WILL M. YAMADA
Labor Relations Counsel
Attorney for Defendants MATTHEW CATE, in his official capacity as the Chief Deputy Secretary of the California Division of Juvenile Justice; and STEPHEN MAYBERG, in his official capacity as the Director of the California Department of Mental Health

The close of notice period date of September 2, 2010 established by the court in their minute order of April 8, 2010, be changed to a date 90 days from the Court's approval of the **NOTICE OF COLLECTIVE ACTION REGARDING FURLOUGHS.**

NOW THEREORE, the parties do hereby stipulate and jointly request this Court change the notice period date to a date 90 days from the Court's approval of the **NOTICE OF COLLECTIVE ACTION REGARDING FURLOUGHS.**

RESPECTFULLY SUBMITTED:

June 18, 2010

**CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION**

By: ______________________
JAMES P. HARRISON
Attorneys for Plaintiffs

June 18, 2010

**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**

By: ______________________
DAVID W. TYRA
Attorneys for Defendants Governor ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California, and DEBBIE ENDSLEY, in her official capacity as the Director of the California Department of Personnel Administration

June 18, 2010

**OFFICE OF THE ATTORNEY GENERAL**

By: ______________________
ROSS C. MOODY
Deputy Attorney General
Attorney for Defendant JOHN CHIANG, in his official capacity as the Controller of the State of California

June 18, 2010

**DEPARTMENT OF PERSONNEL ADMINISTRATION**

By: ______________________
WILL M. YAMADA
Labor Relations Counsel
Attorney for Defendants MATTHEW CATE, in his official capacity as the Chief Deputy Secretary of the California Division of Juvenile Justice; and STEPHEN MAYBERG, in his official capacity as the Director of the California Department of Mental Health

The close of notice period date of September 2, 2010 established by the court in their minute order of April 8, 2010, be changed to a date 90 days from the Court's approval of the **NOTICE OF COLLECTIVE ACTION REGARDING FURLOUGHS.**

NOW THEREORE, the parties do hereby stipulate and jointly request this Court change the notice period date to a date 90 days from the Court's approval of the **NOTICE OF COLLECTIVE ACTION REGARDING FURLOUGHS.**

RESPECTFULLY SUBMITTED:

June 18, 2010

**CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION**

By: ______________________

JAMES P. HARRISON
Attorneys for Plaintiffs

June 18, 2010

**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**

By: ______________________

DAVID W. TYRA
Attorneys for Defendants Governor ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California, and DEBBIE ENDSLEY, in her official capacity as the Director of the California Department of Personnel Administration

June 18, 2010

**OFFICE OF THE ATTORNEY GENERAL**

By: ______________________

ROSS C. MOODY
Deputy Attorney General
Attorney for Defendant JOHN CHIANG, in his official capacity as the Controller of the State of California

June 18, 2010

**DEPARTMENT OF PERSONNEL ADMINISTRATION**

By: ______________________

WILL M. YAMADA
Labor Relations Counsel
Attorney for Defendants MATTHEW CATE, in his official capacity as the Chief Deputy Secretary of the California Division of Juvenile Justice; and STEPHEN MAYBERG, in his official capacity as the Director of the California Department of Mental Health

The close of notice period date of September 2, 2010 established by the court in their minute order of April 8, 2010, be changed to a date 90 days from the Court's approval of the **NOTICE OF COLLECTIVE ACTION REGARDING FURLOUGHS.**

NOW THEREORE, the parties do hereby stipulate and jointly request this Court change the notice period date to a date 90 days from the Court's approval of the **NOTICE OF COLLECTIVE ACTION REGARDING FURLOUGHS.**

RESPECTFULLY SUBMITTED:

June 18, 2010

**CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION**

By: ______________________
JAMES P. HARRISON
Attorneys for Plaintiffs

June 18, 2010

**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**

By: ______________________
DAVID W. TYRA
Attorneys for Defendants Governor ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California, and DEBBIE ENDSLEY, in her official capacity as the Director of the California Department of Personnel Administration

June 18, 2010

**OFFICE OF THE ATTORNEY GENERAL**

By: ______________________
ROSS C. MOODY
Deputy Attorney General
Attorney for Defendant JOHN CHIANG, in his official capacity as the Controller of the State of California

June 18, 2010

**DEPARTMENT OF PERSONNEL ADMINISTRATION**

By: ______________________
WILL M. YAMADA
Labor Relations Counsel
Attorney for Defendants MATTHEW CATE, in his official capacity as the Chief Deputy Secretary of the California Division of Juvenile Justice; and STEPHEN MAYBERG, in his official capacity as the Director of the California Department of Mental Health

~~[PROPOSED]~~ **ORDER**

IT IS HEREBY ORDERED that the **[REVISED] NOTICE OF COLLECTIVE ACTION REGARDING FURLOUGHS** is approved by this Court for distribution, and that the close of notice period date be changed to a date 90 days from the date of this order.

HON. VAUGHN R. WALKER
United State District Chief Judge