DANIEL M. LINDSAY (SBN 142895)
JAMES P. HARRISON (SBN 194979)
JENNIFER L. RAGAN (SBN 191711)
LEANNE M. KENT (SBN 260825)
JESSICA J. HAWTHORNE (SBN 213180)
**CALIFORNIA CORRECTIONAL**
**PEACE OFFICERS ASSOCIATION**
**LEGAL DEPARTMENT**
755 Riverpoint Drive, Suite 200
West Sacramento, California 95605-1634
Telephone: (916) 372-6060
Facsimile: (916) 340-9372

Attorneys for Plaintiffs and Consenters

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD T. NEWTON; FRANK M. MCNEAL; and SEAN A. BEATON,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants/Respondents. | **CASE NO. CV 09 5887 VRW**<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS<br><br>Date: January 13, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Vaughn R. Walker |

///
///
///
///
///
///
//

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCMENTS; Case No. 3:09-cv-05887-VRW

1

IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion to File Under Seal Portions of the Documents Filed with the Court is GRANTED and the following documents or portions of documents shall be sealed from public view in accordance with Civil Local Rule 79-5:

1. The highlighted portions of Plaintiffs' Motion for Summary Judgment.
2. The highlighted portions of the Declaration of James P. Harrison in support of Plaintiffs' Motion for Summary Judgment.
3. The highlighted portions of exhibits 10, 11, 31, 33 to the Declaration of James P. Harrison.
4. Exhibits 2, 3, 44 and 45 to the Declaration of James P. Harrison in support of Plaintiffs' Motion for Summary Judgment, previously filed under seal by Defendants as Docket No. 41 through 44 respectively.
5. Exhibits 30 to the Declaration of James P. Harrison in support of Plaintiffs' Motion for Summary Judgment.
6. The highlighted portions of exhibit 1 to the declaration of Richard T. Newton in support of Plaintiffs' Motion for Summary Judgment.
7. Exhibit 1 to the declaration of Michael D Markham in support of Plaintiffs' Motion for Summary Judgment.
8. The highlighted portions of exhibit 3 to the declaration of Michael D Markham in support of Plaintiffs' Motion for Summary Judgment.

Plaintiffs' Motion to Seal portions of the Motion for Summary Judgment, and the above identified Supporting Documents in whole or part, is GRANTED and the highlighted portions shall be sealed from public view in accordance with Civil Local Rule 79-5.



HON. VAUGHN R WALKER
United States District Court Judge