IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD T NEWTON, et al, | No C 09-5887 VRW |
|     Plaintiffs, | ORDER |
|        v | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California, et al, | |
|     Defendants. | |

Due to the pending retirement of the undersigned, the clerk is DIRECTED to reassign the above-captioned case.

IT IS SO ORDERED

                                                VAUGHN R WALKER
                                              United States District Judge