UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD T. NEWTON, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

_____/

No. C 09-5887 PJH

**ORDER VACATING HEARING DATE**

    The date for the hearing on plaintiffs' motion to set aside the judgment, previously set for March 30, 2011, is VACATED. After reviewing the papers, the court will advise the parties if it determines that oral argument is required.

**IT IS SO ORDERED.**

Dated: March 23, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge